IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BITTREX, INC., | ) | Bankruptcy Case No.: 23-10598-BLS |
| | ) | Bankr. BAP No. 24-0034 |
| Debtor. | ) | |
| _____ | ) | |
| AZIM GHADER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-686-JLH |
| | ) | |
| THE PLAN ADMINISTRATOR, | ) | |
| BITTREX, INC. and BITTREX | ) | |
| MALTA, LTD., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **11th day of September 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court has conferred with counsel for both sides, and has followed up with Appellees after a revised demand was made by Appellant;

WHEREAS based upon these further conversations with counsel, the Court has determined that mediation would not be appropriate in this case;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE