IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BITTREX, INC.,<br><br>          Debtor.<br>_____<br>AZIM GHADER,<br><br>          Appellant,<br><br>    v.<br><br>THE PLAN ADMINISTRATOR,<br>BITTREX, INC. AND BITTREX<br>MALTA, LTD.,<br><br>          Appellees.<br>_____ | ) Chapter 11<br>) Bk. No. 23-10598 (BLS)<br>) BK. BAP No. 24-0034<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-686-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington, this 26th day of September 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **October 28, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **November 27, 2024.**

3. Appellant's reply brief is due on or before **December 11, 2024.**

_____
The Honorable Jennifer L. Hall
United States District Judge